**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| G. DANIEL WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-2717 (TSC) |
| ) | |
| SHANA OSBORNE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**AND TO ENLARGE BRIEFING SCHEDULE**

Defendant Shana Osborne, an employee of the Library of Congress ("LOC"), through undersigned counsel, respectfully requests an extension of time to file her motion to dismiss, and for a commensurate extension of the remaining deadlines in the Court's briefing schedule. In further support of her motion, Defendant states the following:

1.  Plaintiff, proceeding *pro se*, originally filed this action in the District of Columbia Superior Court under the Americans with Disabilities Act ("ADA") on September 14, 2018. (ECF No. 1-1). Defendant removed the action to this Court on November 21, 2018 (ECF No. 1) and answered the complaint on June 28, 2019 (ECF No. 5).

2.  Undersigned counsel needs additional time to obtain the agency's declarations, complete the draft motion, and obtain the necessary supervisory and agency approvals before filing with the Court.

3.  Therefore, Defendant respectfully request an extension of time until November 4, 2019, to file her response.

4.      Pursuant to Local Civil Rule 7(m), undersigned counsel has not consulted with *pro se* Plaintiff G. Daniel Walker because Plaintiff appears to be currently incarcerated.

5.      WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant Defendant's Motion for Extension of Time.

Defendant requests that the Court adopt the briefing schedule below:

-   Defendant's dispositive motion to be filed by November 4, 2019;

-   Plaintiff's opposition to be filed by December 4, 2019;

-   Defendant's reply to be filed by December 18, 2019.

Dated: October 2, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Scott Leeson Sroka*
SCOTT LEESON SROKA
Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Scott.Sroka@usdoj.gov

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I  HEREBY CERTIFY that on this 2nd day of October 2019, I caused a true and correct

copy of the foregoing **Motion for Extension of Time** to be sent by First Class Mail, postage

paid, to:

G. Daniel Walker
B-54570/D7-122
1600 California Drive
Vacaville, CA 95696

/s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Office: (202) 252-7113
Fax: (202) 252-2599
Email: Scott.Sroka@usdoj.gov